B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **WRS Infrastructure & Environment, Inc.**                                          Case No.

Debtor(s)                                                                                                               Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **INQUIP Associates, Inc.** 1300 Old Chain Bridge Road Suite 3 McLean, VA 22101 | INQUIP Associates, Inc. 1300 Old Chain Bridge Road Suite 3 McLean, VA 22101 | | | 1,105,354.65 |
| **Ikon Environmental Solutions,** 1102 Ralphcrest Street Houston, TX 77039 | Ikon Environmental Solutions, 1102 Ralphcrest Street Houston, TX 77039 | | | 600,957.58 |
| **First Bankcard, a Division of First Nat'l Bank of Omaha** 1620 Dodge Street MS 3122 Omaha, NE 68197 | First Bankcard, a Division of First Nat'l Bank of Omaha 1620 Dodge Street Omaha, NE 68197 | Credit card | | 425,296.00 |
| **Heritage Environmental Service** 7901 West Morris Street Indianapolis, IN 46231-1366 | Heritage Environmental Service 7901 West Morris Street Indianapolis, IN 46231-1366 | | | 424,912.56 |
| **Asphalt Care Paving & Excavati** 125 Oakwood Avenue Kearny,, NJ 07032 | Asphalt Care Paving & Excavati 125 Oakwood Avenue Kearny,, NJ 07032 | | | 403,974.04 |
| **Dunning Sand and Gravel** 105 Brickyard Road Farmington, CT 06032 | Dunning Sand and Gravel 105 Brickyard Road Farmington, CT 06032 | | | 329,122.21 |
| **Cherry Hill Construction** 51 Ciro Road North Branford, CT 06471 | Cherry Hill Construction 51 Ciro Road North Branford, CT 06471 | | | 326,288.26 |
| **New England Liner Systems, Inc** 40 Westfield Drive Plantsville, CT 06479 | New England Liner Systems, Inc 40 Westfield Drive Plantsville, CT 06479 | | | 320,022.01 |
| **DeWind One-Pass Trenching** 9150 96th Ave Zeeland, MI 49464 | DeWind One-Pass Trenching 9150 96th Ave Zeeland, MI 49464 | | | 300,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **WRS Infrastructure & Environment, Inc.**           Case No.                     

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Brown and Caldwell**<br>**4700 Lakehurst/Court**<br>**Suite 100**<br>**Columbus, OH 43016** | **Brown and Caldwell**<br>**4700 Lakehurst/Court**<br>**Suite 100**<br>**Columbus, OH 43016** | | | **281,266.39** |
| **Waff Contracting, Inc.**<br>**2127 W Queen Street**<br>**Edenton,, NC 27932** | **Waff Contracting, Inc.**<br>**2127 W Queen Street**<br>**Edenton,, NC 27932** | | | **277,888.00** |
| **O & M Electric**<br>**35 Willow Street**<br>**Bridgeport, CT 06610** | **O & M Electric**<br>**35 Willow Street**<br>**Bridgeport, CT 06610** | | | **207,118.50** |
| **Barnett & Smith Well Services**<br>**309 Barnett's Creek Road**<br>**Utika, KY 42376-9111** | **Barnett & Smith Well Services**<br>**309 Barnett's Creek Road**<br>**Utika, KY 42376-9111** | | | **190,709.98** |
| **East PBE Inc.**<br>**283 Pane Road**<br>**Newington, CT 06111** | **East PBE Inc.**<br>**283 Pane Road**<br>**Newington, CT 06111** | | | **179,746.27** |
| **Hertz Equipment**<br>**5725 Adamo Drive**<br>**Tampa, FL 33619** | **Hertz Equipment**<br>**5725 Adamo Drive**<br>**Tampa, FL 33619** | | | **178,665.72** |
| **Caruso Excavating Co., Inc.**<br>**122 HIghway 34**<br>**Howell Township, NJ 07727** | **Caruso Excavating Co., Inc.**<br>**122 HIghway 34**<br>**Howell Township, NJ 07727** | | | **157,143.65** |
| **Florida Dirt Source**<br>**5474 Golden Gate Parkway**<br>**Suite 5**<br>**Naples, FL 34116** | **Florida Dirt Source**<br>**5474 Golden Gate Parkway**<br>**Suite 5**<br>**Naples, FL 34116** | | | **154,190.40** |
| **Neff Rental, Inc.**<br>**1860 Martin Luther King Blvd**<br>**Riviera, FL 33404** | **Neff Rental, Inc.**<br>**1860 Martin Luther King Blvd**<br>**Riviera, FL 33404** | | | **128,986.12** |
| **Canton Landfill**<br>**303 Soldier Colony Parkway**<br>**Canton,, MS 39046** | **Canton Landfill**<br>**303 Soldier Colony Parkway**<br>**Canton,, MS 39046** | | | **125,657.66** |
| **American Waste Management**<br>**PO Box 76688**<br>**Cleveland, OH 44101-6500** | **American Waste Management**<br>**PO Box 76688**<br>**Cleveland, OH 44101-6500** | | | **120,416.38** |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **WRS Infrastructure & Environment, Inc.**                                    Case No.
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of Finance of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 25, 2014**                              Signature   **/s/ Brian Finn**
                                                                  **Brian Finn**
                                                                  **Vice President of Finance**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.